**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:

    **LIVIUS A. GONZALEZ**                       Case No. 16-19456-SMG
    **JACQUELINE MEDINA,**                  Chapter 13

_____Debtor (s)_____/

**MOTION FOR COURT APPROVAL TO INCUR ADDITIONAL DEBT**
**FOR THE PURCHASE OF REPLACEMENT WINDOWS FOR HOMESTEAD PROPERTY**

    COMES NOW, LIVIUS A. GONZALEZ and JACQUELINE MEDINA, Debtors, by and through undersigned counsel and file this Motion for Court Approval to Incur Additional Debt for the Purchase of a Replacement Windows for Homestead Property, and state as follows:

    1.     On July 5, 2016, Debtors filed a Petition for Chapter 13 Bankruptcy relief.

    2.     The windows on Debtors' homestead property are in deteriorating condition and must be replaced to secure the property from future tropical storm damage.

    3.     The Debtors have secured a contract for the replacement windows with Lowes and will be financing the cost of the windows, $17,984.00, with Synchrony Bank.

    4.     The loan, if approved by this Court, includes interest of 7.99% and payments of $281.00/month, payable over 84 months. See proposal attached as Exhibit "A."

    WHEREFORE, Debtors, LIVIUS GONZALEZ and JACQUELINE MEDINA respectfully request that this honorable court grant this Motion for Court Approval to Incur Additional Debt for the Purchase of Replacement Windows for their Homestead Property.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(a).

Dated:  November 24, 2020

                               **MARY JO RIVERO, P.A.**
                               Attorneys for Debtor(s)
                               1806 North Flamingo Road, Ste. 355
                               Pembroke Pines, FL 33028
                               (954) 704-9332
                               ecf@maryjorivero.com

                               By: _/s/ Mary Jo Rivero_____
                                   Mary Jo Rivero
                                   Florida Bar No. 0745870