# Lowe's Installation - Window / Door

| Store | Davie Lowe's | Salesperson | Luis Blanco |
|---|---|---|---|
| License # | CGC1508417 | | (786) 441-7258 |

| Customer Name | Livius Gonzalez | Phone: | (305) 970-1976 |
|---|---|---|---|
| Job Site Address | 11161 SW 10 th Place | | Davie, FL 33324 |
| Email: | jackymg408@gmail.com | | |

| *Preparation* | *Additional Considerations* |
|---|---|
| 1. Pre-installation inspection | Full Frame removal |
| 2. Provide appropriate protection to home during installation | Caulk, Shim, Fasteners |
| 3. Obtain and post any necessary permits | Stucco repair |
| 4. Coordinate Final Inspection for completion | See Below in Notes |

| *Installation* | *Clean up / Final Inspection* |
|---|---|
| 1. Remove and haul away existing windows | 1. Cleanup & haul away all job related debris |
| 2. Check for leaks and/or evidence of pest infestation | 2. Test product & complete inspection |
| 3. Install new windows as descsribed | 3. Review warranty information |

**Notes & Product Description:**
**Remove and Replace 16 windows on first and second floor, plus a sliding glass door to French door**
Get all permits, delivery, installation, clean up and resurface frames.
Complete inspection of all installation.

*** PAINT TOUCH UP MAY BE REQUIRED AND IS NOT PART OF THIS PROJECT ***
$0.00

| **Total Investment** | | **$17,984** |
|---|---|---|
| | 84 months fixed payments at 7.99% | *$281.00* |
| | 60 months fixed payments at 6.99% | *$357.00* |
| | 36 months fixed payments at 5.99% | *$548.00* |

Every installation is guaranteed by a one-year warranty on finished labor.
Our installers are carefully screened, insured and licensed (as required).